STROOCK & STROOCK & LAVAN LLP
ARJUN P. RAO (State Bar No. 265347)
JULIETA STEPANYAN (State Bar No. 280691)
DANIEL J. SHANNON (State Bar No. 333799)
2029 Century Park East, 18th Floor
Los Angeles, CA 90067-3086
Telephone:  310.556.5800
Facsimile:   310.556.5959
Email:       lacalendar@stroock.com

Attorneys for Defendant
  DISCOVER BANK

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ISHMAIL MUNTASIR RASHID WESLEY, | Case No. _____ |
| Plaintiff, | **NOTICE OF REMOVAL OF DEFENDANT DISCOVER BANK** |
| v. | |
| DISCOVER BANK, and DOES 1-10, | |
| Defendants. | |

**TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE THAT**, pursuant to 28 U.S.C. §§ 1331, 1367, 1441, 1446, defendant Discover Bank ("Discover"), by and through its counsel, hereby removes the action entitled <u>Ishmail Muntasir Rashid Wesley v. Discover Bank et al.</u>, Case No. CGC -21-589943, pending in the Superior Court of the State of California, County of San Francisco (the "Action"), to the United States District Court for the Northern District of California on the following grounds:

1. <u>Removal Is Timely</u>.  The Action was filed on March 1, 2021 and the Complaint was served upon Discover on May 12, 2021.  No trial date has been set in the Action.  This Notice of Removal is timely pursuant to 28 U.S.C. § 1446(b)(1) because it has been filed within 30 days of receipt by, and service on, Discover of the Complaint.  Pursuant to 28 U.S.C. § 1446(a), true and correct copies of all process and pleadings filed in the Action are attached hereto as **Exhibit A**.

2. <u>This Court Has Original Jurisdiction Pursuant To 28 U.S.C. § 1331</u>. The Action is a civil action of which this Court has original jurisdiction under 28 U.S.C. § 1331 and is one which may be removed to this Court by Discover pursuant to the provisions of 28 U.S.C. § 1441.  Pursuant to 28 U.S.C. § 1331, original jurisdiction of the district courts includes jurisdiction over "all civil actions arising under the Constitution, laws, or treaties of the United States."  "An action may 'arise under' a law of the United States if the plaintiff's right to relief necessarily turns on construction of federal law."  <u>Bright v. Bechtel Petroleum, Inc.</u>, 780 F.2d 766, 769 (9th Cir. 1986) (citing <u>Franchise Tax Bd. of Cal. v. Constr. Laborer's Vacation Trust</u>, 463 U.S. 1, 9 (1983)).  Plaintiff alleges that Discover violated the Fair Credit Reporting Act (the "FCRA"), 15 U.S.C § 1681, <u>et seq.</u>, a claim arising under the laws of the United States and subject to this Court's removal jurisdiction under 28 U.S.C. §§ 1331 and 1441(a).

3. <u>The Court Has Supplemental Jurisdiction over the State Law Claims</u>. To the extent any other claims in the Action arise under state law, including Plaintiff's claim that Discover allegedly violated the California Consumer Credit Reporting Agencies Act, Cal. Civ. Code § 1785.25, <u>et seq.</u>, the California Identity Theft Act, Cal. Civ. Code § 1798.92, <u>et seq.</u>, and the Rosenthal Fair Debt Collection Practices Act, Cal. Civ. Code § 1788, <u>et seq.</u>, supplemental jurisdiction over such claims exists pursuant to 28 U.S.C. §§ 1367 and 1441(c).

4. <u>Consent Is Not Necessary Because No Other Known Defendants Are Named</u>. Discover is the only named defendant in the Action, and is not aware of any other defendants that have been named in, or served with, the Complaint. Accordingly, consent of removal is not necessary and removal is proper pursuant to 28 U.S.C. § 1446(b).

5. <u>Venue Is Proper In This Court</u>. This Court is the proper district court for removal because the Superior Court of the State of California for the County of San Francisco is located within the jurisdiction of the United States District Court for the Northern District of California. <u>See</u> 28 U.S.C. § 1441(a).

6. <u>Notice Will Be Effected</u>. Discover concurrently is filing a copy of this Notice of Removal with the Superior Court of the State of California for the County of San Francisco, without exhibits. Discover will concurrently serve Plaintiff with copies of this Notice of Removal and the Notice filed in the Action.

Dated: June 11, 2021

STROOCK & STROOCK & LAVAN LLP
ARJUN P. RAO
JULIETA STEPANYAN
DANIEL J. SHANNON

By: */s/ Julieta Stepanyan*
Julieta Stepanyan

Attorneys for Defendant
DISCOVER BANK
Email: lacalendar@stroock.com

# CERTIFICATE OF SERVICE

I hereby certify that on June 11, 2021 a copy of the foregoing **NOTICE OF REMOVAL OF DISCOVER BANK** was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.

                              */s/ Julieta Stepanyan*
                              Julieta Stepanyan

*Via U.S. Mail*
Balam Letona, Esq.
Law Office of Balam Letona, Inc.
1509 Seabright Avenue, Ste. C1
Santa Cruz, CA 95062
Telephone: (831) 421-0200
Facsimile: (831) 421-0400
balam@letonalaw.corn

*Attorney for Plaintiff*

- 1 -

CERTIFICATE OF SERVICE
Case No. _____

LA 52591142v2